**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7258**

---

LARRY HENDERSON; CLARENCE FORD; FRED MOZINGO;
ABRAHAM WILKES; CHARLES CARPENTER; ROBERT LIN;
NEAL PRICE; HORACIO SAILS; JOSEPH HILL;
GREGORY WAMSLEY; JEREMIAH BAYLOR; GORDON PACK;
RAYMOND ALDERSON; DONALD SCAGGS; JASON
HILLMAN; KENDALL CUNNINGHAM,

                                 Plaintiffs - Appellants,

     versus

JOSEPH HENNEBERRY, Director Patuxent Institu-
tion; BISHOP ROBINSON, Secretary, Maryland
Division of Correction and Public Safety;
PARRIS N. GLENDENING, Governor, State of Mary-
land; BOARD OF REVIEW, Patuxent Institution,

                                 Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-
96-493-PJM, CA-96-1050, CA-96-1051-PJM, CA-96-1052-PJM, CA-96-1053-
PJM, CA-96-1097-PJM, CA-96-1109-PJM, CA-96-1130-PJM, CA-96-1131-
PJM, CA-96-1132-PJM, CA-96-1133-PJM, CA-96-1134-PJM, CA-96-1167-
PJM, CA-96-1193-PJM, CA-96-1194-PJM, CA-96-1254-PJM)

---

Submitted:  April 14, 1998        Decided:  May 19, 1998

---

Before ERVIN and MICHAEL, Circuit Judges, and HALL, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

Larry Henderson, Clarence Ford, Fred Mozingo, Abraham Wilkes, Charles Carpenter, Robert Lin, Neal Price, Horacio Sails, Joseph Hill, Gregory Wamsley, Jeremiah Baylor, Gordon Pack, Raymond Alderson, Donald Scaggs, Jason Hillman, Kendall Cunningham, Appellants Pro Se. John Joseph Curran, Jr., Attorney General, Richard Bruce Rosenblatt, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying relief on their 42 U.S.C. § 1983 (1994) complaints. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Henderson v. Henneberry, Nos. CA-96-493-PJM, CA-96-1050-PJM, CA-96-1051-PJM, CA-96-1052-PJM, CA-96-1053-PJM, CA-96-1097-PJM, CA-96-1109-PJM, CA-96-1130-PJM, CA-96-1131-PJM, CA-96-1132-PJM, CA-96-1133-PJM, CA-96-1134-PJM, CA-96-1167-PJM, CA-96-1193-PJM, CA-96-1194-PJM, CA-96-1254-PJM (D. Md. July 31, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED